# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0051
LT Case No. 2023-CC-018115
_____

ATTILA MAKRANCZY, a/k/a
ATTILA J. MAKRANCZY,

    Appellant,

    v.

RETIREMENT HOUSING
FOUNDATION as MANGER for the
TOWERS of JACKSONVILLE,

    Appellee.

_____

On appeal from the County Court for Duval County.
Audrey McKibbin Moran, Judge.

J. Russell Collins, of Rusty Law, LLC, Saint Augustine, for
Appellant.

No Appearance for Appellee.

July 23, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____